# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| OMAR WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 17 C 5186 |
| vs. | ) | Honorable Judge Virginia M. Kendall |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:  Paul K. Vickrey
Dylan Michael Brown
Gretchen Lynne Schmidt
Vitale, Vickrey, Niro & Gasey, LLP
311 South Wacker Drive
Suite 2470
Chicago, Illinois 60606


PLEASE TAKE NOTICE that on November 2, 2017, I filed with the Clerk of the Court for the United States District Court, Northern District of Illinois, Eastern Division, the attached Cook County Defendants' Reply in Support of their Motion to Dismiss.



KIMBERLY M. FOXX
State's Attorney of Cook County
By:  /s/ *James E. Hanlon, Jr.*
James E. Hanlon, Jr.
Allyson L. West
Scott A. Golden
Assistant State's Attorney
50 W. Washington St., Suite 500
Chicago, Illinois 60602
(312) 603-5440

**<u>CERTIFICATE OF SERVICE</u>**

I, James E. Hanlon, Jr., Assistant State's Attorney, depose and state that on November, 2017, in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), I served the foregoing **Cook County Defendants' Reply in Support of their Motion to Dismiss** electronically via ECF-CM system.

*/s/ James E. Hanlon, Jr.*
James E. Hanlon, Jr.

2