# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## ILLINOIS EASTERN DIVISION

OMAR WILLIAMS,     )
     )
     Plaintiff,     )
     )     17 C 5186
     v.     )     Honorable Judge Virginia M. Kendall
     )
CITY OF CHICAGO, et al.,     )
     )
     Defendants.     )

## DEFENDANTS' *AGREED* MOTION FOR ENTRY OF QUALIFIED HIPPA PROTECTIVE ORDER

Defendants, Megan Goldish and Cook County, by their attorneys, O'Connor & Battle,

LLP, respectfully move this Honorable Court, pursuant to Fed.R.Civ.P. 26(c) and 45 C.F.R. §§

160 and 164, for entry of the attached "Agreed Qualified HIPAA Protective Order."

In support thereof, the Defendants state as follows:

1.     The parties anticipate that documents pertaining to the Plaintiff and non-parties

may be sought and produced in this matter. The parties anticipate production in this litigation of

medical information covered by the Health Insurance Portability and Accountability Act.

2.     Medical information is protected by the Health Insurance Portability and

Accountability Act of 1996, codified primarily at 18, 26 and 42 U.S.C. (2002).  The "Privacy

Standards" for such information is found at 45 C.F.R. §§ 160 and 164 (2000).

3.     The Defendants' proposed "Qualified HIPAA Protective Order," attached hereto,

facilitates production of such materials for this case while prohibiting use of medical information

covered by the Health Insurance Portability and Accountability Act for any purpose other than

litigation of this case, prohibits their dissemination to parties outside this litigation, and requires

their destruction at the end of this litigation.  Such an order would ensure the protection of such information, consistent with the principles of federal and Illinois law.

4.     The parties do not object to the disclosure of relevant production to other respective parties in accordance with the Federal Rules of Civil Procedure, but only seek to limit the use of the production to this litigation and protect confidential information from dissemination to third parties.

5.     Defendants sought and received agreement to this motion and to the corresponding Agreed Qualified HIPAA Protective Order from all counsel of record.

**WHEREFORE,** Defendants request that this Court enter the attached "Agreed Qualified HIPAA Protective Order" in this matter.

**Dated:** December 5, 2018

Respectfully Submitted,

MEGAN GOLDISH AND COOK COUNTY,

By: /s/ Winnefred A. Monu____
    One of Their Attorneys
    20 N. Clark, Suite 1600
    Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

I, Winnefred A. Monu, an attorney, certify that a copy of the attached instrument was served via electronic case filing to all parties of record, on this 5th day of December, 2018.

/s/ Winnefred A. Monu_____