IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| OMAR WILLIAMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | Case No. 17 C 5186 |
| COOK COUNTY, ILLINOIS, | ) | |
| CAROL MARESSO, MARCO GARCIA, | ) | Hon. Virginia M. Kendall, |
| J. DONALD HILL, and MEGAN GOLDISH, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS MEGAN GOLDISH AND COOK COUNTY'S AGREED MOTION FOR ENTRY OF ORDER REGARDING THE TESTIMONY OF TONI GIANCOLA**

Defendants Megan Goldish and Cook County (the "County Defendants"), by and through their attorneys, O'Connor & Battle LLP, hereby move for an order from this Court permitting the former Assistant State's Attorney Toni Giancola to testify regarding the grand jury proceedings in *People of the State of Illinois v. Carnell Jones and Omar Williams*, and in support thereof, state as follows:

1.  The County Defendants bring this motion because the Defendant Officers and the City have requested the deposition of former ASA Toni Giancola.

2.  Toni Giancola was present at the grand jury proceedings in *People of the State of Illinois v. Carnell Jones and Omar Williams*, and questioned witnesses.

3.  Grand jury proceedings must be kept secret. *See* Illinois Compiled Statute 725 ILCS 5/112-6. The "judicial system has recognized that the proper functioning of grand jury proceedings depends on their absolute secrecy." *Matter of EyeCare Physicians of Am.*, 100 F.3d 514, 518 (7th Cir. 1996).

4.  However the Illinois Compiled Statute 725 ILCS 5/112-6(c)(3) created an exception,

    which permits this Court to order the disclosure of grand jury proceedings "preliminarily

    to or in connection with a judicial proceeding."

WHEREFORE, the County Defendants, respectfully request that this Court enter the agreed

order allowing Toni Giancola to testify regarding her participation in the grand jury proceedings

of *People of the State of Illinois v. Carnell Jones and Omar Williams*, and for any other relief

this Court deems just and equitable.

Dated: January 11, 2019

Respectfully Submitted,

MEGAN GOLDISH and
COOK COUNTY,

By: /s/ Winnefred A. Monu
 One of Their Attorneys

Kenneth M. Battle
Winnefred A. Monu
Jessica Gomez-Feie
O'Connor & Battle, LLP
20 North Clark St., Suite 1600
Chicago, IL 60602
(312) 786-4600
kbattle@mokblaw.com

## CERTIFICATE OF SERVICE

I, Winnefred Monu, an attorney, certify that a copy of the attached instrument was served via
electronic case filing to all parties of record, on this 11th day of January, 2019.

/s/ Winnefred A. Monu