IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OMAR WILLIAMS,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO,<br>COOK COUNTY, ILLINOIS,<br>CAROL MARESSO,<br>MARCO GARCIA,<br>DONALD HILL, and<br>MEGAN GOLDISH,<br><br>          Defendants. | Case No. 2017 C 5186<br><br>Hon. Virginia M. Kendall |

## STIPULATION OF VOLUNTARY DISMISSAL
## OF DEFENDANTS MEGAN GOLDISH AND COOK COUNTY

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Omar Williams and Defendants

Megan Goldish and Cook County stipulate to the dismissal of all claims against Defendants Megan

Goldish and Cook County with prejudice, the parties bearing their own fees and costs.

Dated: March 20, 2019

Respectfully submitted,

/s/Kenneth M. Battle
Kenneth M. Battle
Winnefred A. Monu
Jessica Gomez-Feie
O'Connor & Battle, LLP
20 N. Clark Street, 16th Floor
Chicago, IL 60601
312-786-4600
kbattle@mokblaw.com
wmonu@mokblaw.com
jgf@mokblaw.com

***Attorneys for Cook County and Megan Goldish***

Respectfully submitted,

/s/ Paul K. Vickrey
Paul K. Vickrey (vickrey@vvnlaw.com)
Patrick F. Solon (solon@vvnlaw.com)
Dylan M. Brown (dbrown@vvnlaw.com)
Gretchen L. Schmidt (schmidt@vvnlaw.com)
Vitale, Vickrey, Niro & Gasey
311 S. Wacker Drive, Suite 2470
Chicago, IL 60606
(312-236-0733

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 20, 2019 the foregoing:

## STIPULATION OF VOLUNTARY DISMISSAL
## OF DEFENDANTS MEGAN GOLDISH AND COOK COUNTY

was filed electronically with the Clerk of the Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed:

| | |
|---|---|
| Eric S. Palles<br>Gary Ravitz<br>Emily Wessel Farr<br>David Leonard Farr<br>Ravitz & Palles, P.C.<br>203 N. LaSalle Street, Suite 2100<br>Chicago, IL 60601<br>312-558-1689<br>epalles@ravitzpalles.com<br>gravitz@ravitzpalles.com<br>efarr@ravitzpalles.com<br>emily@farrandfarr.com<br>dfarr@ravitzpalles.com<br>dave@farrandfarr.com<br><br>***Attorneys for City of Chicago, Carol Maresso, Margo Garcia and Donald Hill*** | Allyson L. West<br>James J. Chandler<br>Cook County State's Attorney's Office<br>50 W. Washington Street<br>Richard J. Daley Center, Room 500<br>Chicago, IL 60602<br>(312) 603-1902<br>allyson.west@cookcountyil.gov<br>james.chandler@cookcountyil.gov<br><br>Kenneth M. Battle<br>Winnefred A. Monu<br>Jessica Gomez-Feie<br>O'Connor & Battle, LLP<br>20 N. Clark Street, 16th Floor<br>Chicago, IL 60601<br>312-786-4600<br>kbattle@mokblaw.com<br>wmonu@mokblaw.com<br>jgf@mokblaw.com<br><br>***Attorneys for Cook County and Megan Goldish*** |

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Paul K. Vickrey
***Attorneys for Omar Williams***

- 2 -