## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| OMAR WILLIAMS, | ) |
|  | ) |
| Plaintiff, | ) No. 17 C 5186 |
| v. | ) |
|  | ) Hon. Virginia M. Kendall |
| CITY OF CHICAGO, COOK COUNTY, ILLINOIS, CAROL MARESSO, MARCO GARCIA, DONALD HILL, and MEGAN GOLDISH, | ) ) ) |
|  | ) |
| Defendants. |  |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐   in favor of Plaintiff (s)
   which ☐ includes      pre–judgment interest.
   ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐   in favor of defendant(s)
   and against plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

---

☐   other:  With respect to the claims of Plaintiffs against Defendant; Section I: Liability; A. Unlawful Pretrial Detention in favor of Plaintiff; B. Malicious Prosecution in favor of Defendants; C. Conpiracy in favor of Defendants; Section II: Damages; A. Compensatory Damages; The Plaintiff is awarded damages in the amount of $100,000.00; B. Punitive Damages; Plaintiffs are awarded no punitive damages.

---

This action was *(check one)*:

☒ tried by a jury with Judge Virginia M. Kendall presiding, and the jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☐ decided by Judge Virginia M. Kendall

Date:   4/16/2021                    Thomas G. Bruton, Clerk of Court

                            /s/Lynn Kandziora , Deputy Clerk