## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Omar Williams

                Plaintiff,

v.
                                Case No.: 1:17−cv−05186
                                Honorable Virginia M. Kendall

City of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 7, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendant City of Chicago's Unopposed Motion to Amend Order dated 3/31/2022 [411] Regarding Plaintiff's Petition for Attorney's Fees [412] is granted. The Court's Order is amended as follows: Plaintiff is awarded $435,142.10 in attorneys' fees and $7,145.99 in costs.Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.